IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA VICTORIA ARGUETA, ARACELI AGUILERA VILLARREAL, BERNARDINA PENAS MARICHE, PAOLA PULE PENAS, PAULINA PULE PENAS, NANCY ELIZABETH REYES MORALES, ELIZABETH JARQUIN PRUDENTE, MARBELLA ALVARADO ALVAREZ, IRIS PALACIOS CRUZ, MARIANA MORALES PALACIOS, EUCEBIA CORTES FIGUEROA, ROXANA TERESA RAUDALES ZUNIGA, AJMR, YOSELY ULOA ARGUETA, AZUCENA FABIOLA GUTIERREZ RAMOS, and BLANCA OLVERA GALICIA,<br><br>Plaintiffs,<br><br>vs.<br><br>UR M. JADDOU, Director, U.S. Citizenship and Immigration Services,<br><br>Defendant. | 4:23CV3002<br><br>ORDER ON NOTICE OF PARTIAL VOLUNTARY DISMISSAL |

This case is before the Court on the Notice of Partial Voluntary Dismissal by plaintiffs Blanca Olvera Galicia, Roxana Raudales Zuniga, AJMR, Yosely Uloa Argueta, and Azucena Fabiola Gutierrez Ramos. Filing 27. These plaintiffs state that they voluntarily dismiss their claims. Accordingly,

IT IS ORDERED that the Notice of Partial Voluntary Dismissal, Filing 27, is granted, and the claims of plaintiffs Blanca Olvera Galicia, Roxana Raudales Zuniga, AJMR, Yosely Uloa Argueta, and Azucena Fabiola Gutierrez Ramos are dismissed.

Dated this 10th day of August, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge